

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-26-2004

# Lui v. Comm Adult Ent

Precedential or Non-Precedential: Precedential

Docket No. 03-2437

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Lui v. Comm Adult Ent" (2004). *2004 Decisions.* Paper 640.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/640

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 03-2437

JEFFREY LUI, DAVID LUI, and
FANTASIA RESTAURANT & LOUNGE, INC.,
a corporation of the State of Delaware
<u>Appellants</u>

v.

COMMISSION ON ADULT ENTERTAINMENT
ESTABLISHMENTS OF THE STATE OF DELAWARE,
an entity within the State of Delaware Department of Administrative
Services, Division of Business & Occupation Recreation,
M. JANE BRADY, in her capacity as Attorney General of the
State of Delaware, STATE OF DELAWARE, and
NEW CASTLE COUNTY, a political subdivision
of the State of Delaware

On Appeal from United States District Court for
District of Delaware
(Civial Action No. 02-177)
District Judge: Honorable Kent A. Jordan

**BEFORE: SCIRICA, <u>Chief Judge</u>, GARTH,** and **BRIGHT, <u>Circuit Judges</u>.**

<u>ORDER AMENDING OPINION</u>

IT IS HEREBY ORDERED, that the Slip Opin filed in this case on May 26, 2004, be amended as follows:

On page 11 of the Court's opinion, the two cases of *Rooker-Feldman* are referenced, but without citation. It is ordered that the opinion in text and in footnote 12 include the following citations:

*Rooker v. Fidelity Trust Co.,* 263 U.S. 413 (1923), and *District of Columbia Court of Appeals v. Feldman,* 460 U.S. 462 (1983).

**By the Court,**
<u>/s/Leonard I. Garth</u>
Circuit Judge

Dated: May 26, 2004
*Honorable Myron H. Bright, Circuit Judge,United States Court of Appeals for the Eighth Circuit, siting by designation.